■ In the Matter of RICHARD D. GRISANTI, Respondent, v LINDA SMITH-GILSEY, Appellant. (Appeal No. 2.) [974 NYS2d 872]— Appeal from an order of the Family Court, Wyoming County (Michael F. Griffith, J.), entered March 28, 2012 in a proceeding pursuant to Family Court Act article 6. The order, among other things, changed respondent's parenting time.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Smith-Gilsey v Grisanti* (111 AD3d 1424 [2013]). Present—Smith, J.P., Centra, Carni and Whalen, JJ.